UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61323-Civ-Middlebrooks/Brannon

RAYMOND LI, et al.,

      Plaintiff(s),

vs.

FLYBOARD INC., et al.,

      Defendant(s).
_____/



PRETRIAL SCHEDULING ORDER

THIS CAUSE is before the Court following a Scheduling Conference that took place before the undersigned U.S. Magistrate Judge. In accordance with this Scheduling Conference and pursuant to S.D. Fla. L. R. 16.1(b), the Court ORDERS the following:

1.     Trial: This case is presently set for trial before U.S. District Judge Middlebrooks during the two-week trial period commencing March 11, 2013. This Court has advised the parties of the opportunity to consent to a specially set trial before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c). A fully executed consent form should be filed within 30 days from this Order's date if the parties wish to consent to trial before a U.S. Magistrate Judge.

2.     Pretrial Discovery and Conference: Pretrial discovery shall be conducted in accordance with S.D. Fla. L.R. 16.1 and 26.1, and the Federal Rules of Civil Procedure. No pretrial conference shall be held in this action, unless the parties so request or the Court determines, sua sponte, that a pretrial conference is necessary. Should a pretrial conference be set, the deadlines set forth in this Order shall remain unaltered.

3.      Pretrial Stipulation: Counsel must meet at least 45 days prior to the beginning of the trial calendar to confer on the preparation of a Joint Pretrial Stipulation. The Joint Pretrial Stipulation shall be filed by the date set forth below and shall conform to S.D. Fla. L.R. 16.1(e). The Court will not accept unilateral pretrial stipulations, and will strike sua sponte any such submissions.   Should any of the parties fail to cooperate in preparing the Joint Pretrial Stipulation, all other parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court will issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) should not be held in contempt for failure to comply with the Court's order. The pretrial disclosures and objections required under Fed. R. Civ. P. 26(a)(3) should be served, but not filed with the Clerk's Office, as the same information is required to be attached to the parties' Joint Pretrial Stipulation.

4.      Cases Tried Before A Jury: In cases tried before a jury, at least ONE WEEK prior to the beginning of the trial calendar, the parties shall submit A SINGLE JOINT SET of proposed jury instructions and verdict form, though the parties need not agree on the proposed language of each instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface. Instructions and questions proposed only by the plaintiff(s) to which the defendant(s) object shall be italicized. Instructions and questions proposed only by defendant(s) to which plaintiff(s) object shall be bold-faced. Each jury instruction shall be typed on a separate page and, except for Eleventh Circuit Pattern instructions clearly identified as such, must be supported by citations to authority. In preparing the requested jury instructions, the parties shall use as a guide the Pattern Jury Instructions for civil cases approved by the Eleventh

Circuit, including the directions to counsel contained therein. A copy of the proposed jury instructions and verdict form shall be sent in Word or WordPerfect format to: Middlebrooks@flsd.uscourts.gov.

5. Cases Tried Before The Court: In cases tried before the Court, at least ONE WEEK prior to the beginning of the trial calendar, a copy of the proposed Findings of Fact and Conclusions of Law shall be sent in Word or WordPerfect format to: Middlebrooks@flsd.uscourts.gov. Proposed Conclusions of Law must be supported by citations to authority.

6. Exhibits: All exhibits must be pre-marked. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office.

7. Motions to Continue Trial: A Motion to Continue Trial shall not stay the requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, such Motion will not be considered unless it is filed at least 20 days before the date on which the trial calendar is scheduled to commence.

8. Pretrial Motions: Any party filing a pretrial motion shall submit a proposed order granting the motion.

9. Non-compliance With This Order: Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

10.     Pretrial Schedule: The parties shall adhere to the following schedule, which shall not be modified absent compelling circumstances. Any motions to modify this schedule shall be directed to the attention of U.S. District Judge Donald M. Middlebrooks.

| | |
|---|---|
| September 10, 2012 | Joinder of Additional Parties and Amend Pleadings. |
| October 9, 2012 | Plaintiff shall provide opposing counsel with a written list with the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the 14 day period following this disclosure (on or before October 22, 2012), Plaintiff shall make its experts available for deposition by Defendant. The experts' depositions may be conducted without further Court order. |
| October 22, 2012 | Defendant shall provide opposing counsel with a written list with the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the 14 day period following this disclosure (on or before November 5, 2012), the defendant shall make its experts available for deposition by the plaintiff. The experts' depositions may be conducted without further Court order. |
| <u>Note:</u> | The above provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers. |
| November 5, 2012 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| November 26, 2012 | Parties shall furnish opposing counsel with expert reports or summaries of their expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). |
| December 3, 2012 | All discovery shall be completed. |
| December 17, 2012 | All Pretrial Motions and Memoranda of Law shall be filed. |
| February 11, 2013 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| February 25, 2013 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |

March 4, 2013         Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

March 6, 2013         Status Conference/Calendar Call.

11.   Settlement: If the case is settled, counsel shall promptly inform the Court by calling the chambers of U.S. District Judge Donald M. Middlebrooks at (561) 514-3720 and, within 10 days of notification of settlement to the Court, submit an appropriate Motion and proposed order for dismissal, pursuant to Federal Rule of Civil Procedure 41(a). The parties shall attend all hearings and abide by all time requirements unless and until an order of dismissal is filed.

12.   Courtroom Cameras Pilot Project: Pursuant to Administrative Order 2012-001, authorizing the Cameras in the Courtroom Pilot Project, the Court hereby notifies the parties that this case is eligible for video recording. The Court will separately issue a written notice advising the parties of the procedure by which the project will be implemented. Upon receipt of this notice, the parties shall have 30 days within which to opt-out of the project.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of August, 2012.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE
BY A UNITED STATES MAGISTRATE JUDGE

All counsel are directed to review this notice with their client(s) before the execution of any written consent to trial before a United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that the full-time United States Magistrate Judges of this District Court, in addition to their other duties, may, upon the consent of all the parties in a civil case, conduct any and all proceedings in a civil case, including a jury or non-jury trial, and order the entry of a final judgment. Moreover, upon consent, the Magistrate Judge may rule on case dispositive motion(s). Copies of appropriate consent forms for these purposes are attached and are also available from the Clerk of the Court.

You should be aware that your decision to consent or not to consent to the referral of your case to a United States Magistrate Judge for disposition is your decision and yours alone after consulting with your lawyer, that your lawyer cannot make this decision for you, that this decision is entirely voluntary on your part and should be communicated solely to the Clerk of the District Court. You should be aware that you have a right to trial by a United States District Judge. Only if all parties to the case consent to the reference to a Magistrate Judge will either a District Judge or Magistrate Judge be informed of your decision. Once consent is given by the parties it cannot be withdrawn. Only the District Court may, sua sponte for good cause or under extraordinary circumstances shown by a party, vacate a reference of a civil matter to a Magistrate Judge. You are free to withhold your consent without any adverse substantive consequences.

Appeals in rulings from consent cases are decided by the Eleventh Circuit Court of Appeals.

UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT OF FLORIDA

Case No. [            ]-Civ-Middlebrooks/Brannon

[            ],

      Plaintiff(s),

v.

[            ],

      Defendant(s).
_____/

## NOTICE AND CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), and Federal Rule of Civil Procedure 73, you are notified that a United States Magistrate Judge of this District Court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the Court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as a appeal from any other judgment of this District Court.

Consent to the Exercise of Jurisdiction by
a United States Magistrate Judge

In accordance with provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Order of Reference

IT IS HEREBY ORDERED that this case be referred to_____,U.S. Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the foregoing consent of the parties.

_____     _____
Date                                U.S. District Judge

NOTE: SEND ORIGINAL FORM TO THE CLERK OF COURT AND A COPY TO THE DISTRICT JUDGE.