UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-61323-CV-Middlebrooks/Brannon

RAYMOND LI, a Foreign Citizen, and
JETLEV, LLC, a Delaware Corporation,

        Plaintiff,

v.

FLYBOARD, INC., a Florida corporation;
MARATHON FLORIDA KEYS
KITEBOARDING L.L.C., a Florida Limited
Liability Company; and
EMERALD COAST FLYBOARD, a D/B/A
or Registered Fictitious Name.

        Defendants.
_____/

## ORDER ON JOINT MOTION TO AMEND THE PRE-TRIAL SCHEDULING ORDER TO INCLUDE *MARKMAN* BRIEFING

THIS CAUSE is before the Court upon Joint Motion to Amend the Pre-Trial Scheduling Order to Include *Markman* Briefing (DE 31) (the "Motion") filed on September 28, 2012. I have reviewed the Motion, and am otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Pre-trial Scheduling Order deadlines shall be amended as follows:

    October 8, 2012 – Plaintiffs serve their infringement contentions;

    October 22, 2012 – Defendants serve their invalidity contentions;

    November 5, 2012 – Parties exchange claim terms and proposed claim constructions in an attempt to narrow down the issues for briefing;

    November 12, 2012 – Deadline for Parties to meet & confer to narrow issues for construction;

    November 19, 2012 – Parties file joint claims construction statement with agreed upon terms and constructions;

1

November 26, 2012 – Opening *Markman* claim construction briefs and expert disclosures due;

December 17, 2012 – Oppositions to opening *Markman* briefs due;

January 11, 2013 – Reply to *Markman* Oppositions due;

Trial is currently scheduled to commence on March 11, 2012. All applicable deadlines remain unchanged.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 2nd day of October, 2012.

Honorable Judge Donald M. Middlebrooks
United States District Judge

Copies furnished to:
Magistrate Judge Brannon
Counsel of Record

2