UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-61323

RAYMOND LI, *et al.*,
    Plaintiffs,
v.
FLYBOARD, INC., *et al.*,
    Defendants.
_____/

## OMNIBUS ORDER

This Cause is before the Court upon Defendant Flyboard, Inc.'s ("Defendant") Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (DE 132); Defendant's Motion for Extension of Time to File Response/Reply to Plaintiff's Motion for Summary Judgment (DE 134); Defendant's Notice to Strike DE134 for Extension of Time to File Response/Reply (DE 138); Defendant's Motion for Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment [DE 119] (DE 139); and Defendant's Notice of Striking DE132 Motion for Appearance Ad Hoc of Attorney Kenneth M. Motolenich-Salas (DE 140). I have reviewed the Motions and the record on the matter and am otherwise fully advised in the premises.

Defendant requests a brief extension to file a response to Plaintiffs' Motion for Summary Judgment because it obtained new counsel on February 19, 2013 for the purpose of responding to Plaintiffs' Motion. DE 139 at 1. As such, Defendant has presented good cause which justifies a brief extension of time to respond to Plaintiff's Motion for Summary Judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

    1. Defendant's Motion for Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment [DE 119] (DE 139) is **GRANTED**. Defendant shall

file a response to Plaintiffs' Motion for Summary Judgment by **February 25, 2013 at 5:00pm.**

2. Defendant's Notice to Strike DE134 for Extension of Time to File Response/Reply (DE 138) is **GRANTED.** Defendant's Motion for Extension of Time to File Response/Reply to Plaintiff's Motion for Summary Judgment (DE 134) is **DENIED AS MOOT.**

3. Defendant's Notice of Striking DE132 Motion for Appearance Ad Hoc of Attorney Kenneth M. Motolenich-Salas (DE 140) is **GRANTED.** Defendant's Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (DE 132) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 21 day of February, 2013.

Copies to: Counsel of Record

DONALD M MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE