UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-61323

RAYMOND LI, *et al.*,
    Plaintiffs,
v.
FLYBOARD, INC., *et al.*,
    Defendants.
_____/

## ORDER REQUIRING EXPEDITED BRIEFING AND GRANTING IN PART JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER , CONTINUANCE OF TRIAL AND REQUEST FOR STATUS/SCHEDULING CONFERENCE

This Cause is before the Court upon Plaintiffs Raymond Li and Jetlev, LLC (collectively, "Plaintiffs") and Defendant Flyboard, Inc.'s ("Defendant") Joint Motion for Modification of Scheduling Order, Continuance of Trial, and Request for Status/Scheduling Conference (DE 124) ("Motion"), filed on February 11, 2013; Plaintiffs' Motion to Dismiss Defendant's Amended Counterclaims or Alternatively a Motion for a More Definite Statement (DE 128) ("Motion to Dismiss"), filed on February 13, 2013; and Third Party Defendants Franky Zapata and Personal Watercraft Products' (collectively, "PWC Defendants") Motion to Dismiss Third Party Complaint or, in the Alternative, Sever the Third Party Claims (DE 129) ("Motion to Dismiss Third Party Complaint"), filed on February 14, 2013. I have reviewed the Motions and the record on the matter and am otherwise fully advised in the premises.

In their Motion (DE 124), Plaintiffs and Defendant request a stay of the applicable deadlines in this matter pending resolution of the PWC Defendants' Motion to Dismiss Third Party Complaint, which was filed on February 14, 2013. While the Third Party Complaint (DE 59) against the PWC Defendants was filed on November 15, 2012, the PWC Defendants claim that they were not served until January 18, 2013. *See* DE 122 at 2. Because Plaintiffs and Defendant did not provide any justification for the two month delay in service, they failed to present good cause which warrants an

extension of the trial date in this matter. *See* DE 124. However, because the deadline to file a pretrial stipulation and designations of deposition testimony expired on February 11, 2013, Plaintiffs and Defendant should be provided an opportunity to file them.

It is also necessary to require expedited briefing on Plaintiffs and the PWC Defendants' Motions to Dismiss (DEs 128, 129), since briefing on those Motions may not be complete until after trial is set to commence. Accordingly it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs and Defendant's Motion (DE 124) is **GRANTED IN PART.** The deadlines for Plaintiffs and Defendant to file their joint pretrial stipulation and designations of deposition testimony are hereby extended until **February 22, 2013.** All other deadlines remain unchanged by this Order. It is further

**ORDERED AND ADJUDGED** that Defendant shall file a response to Plaintiffs' Motion to Dismiss (DE 128) by **February 25, 2013.** Plaintiffs may file a reply to Defendant's response by **February 28, 2013.** It is further

**ORDERED AND ADJUDGED** that Defendant shall file a response to the PWC Defendants' Motion to Dismiss Third Party Complaint (DE 129) by **February 26, 2013.** The PWC Defendants may file a reply to Defendant's response by **March 1, 2013.**

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this 19 day of February, 2013.

Copies to: Counsel of Record

DONALD M MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE