UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-61323-CV-Middlebrooks/Brannon

RAYMOND LI, a Foreign Citizen, and
JETLEV, LLC, a Delaware Corporation,

        Plaintiffs,

v.

FLYBOARD, INC., a Florida corporation;
MARATHON FLORIDA KEYS
KITEBOARDING L.L.C., a Florida Limited
Liability Company; and
EMERALD COAST FLYBOARD, a D/B/A
or Registered Fictitious Name.

        Defendants.
_____/

## PLAINTIFFS' ANSWER TO FLYBOARD, INC.'S AMENDED COUNTERCLAIMS

Plaintiffs, Raymond Li and JetLev, LLC, (collectively, "Jetlev") by and through their undersigned counsel, hereby submit their answer to defendant Flyboard, Inc.'s Second Amended Counterclaims, filed on February 19, 2013 [DE 131]. In the Joint Pretrial Stipulation filed February 22, 2013 [DE 142], defendant Flyboard, Inc. withdrew its second counterclaim for relief for a declaratory judgment of invalidity [DE 142 at p. 2, 6, and 9]. Accordingly, Paragraphs 17-64 of Flyboard's Second Amended Counterclaims are not answered herein. Should Flyboard's second counterclaim not be considered withdrawn, Jetlev denies the allegations of those paragraphs and reserves the right to submit an amended answer at an appropriate time.

1

## PARTIES

1. Admit.

2. Deny.

3. Admit.

## JURISDICTION AND VENUE

4. Admit.

5. Admit that Flyboard, Inc. states its counterclaim is for declaratory judgment of non-infringement, otherwise deny, including denying that this action includes a request for judgment of invalidity due to Flyboard, Inc.'s withdrawal of its counterclaim for invalidity.

6. Admit.

7. Admit.

8. Admit.

## FIRST CLAIM FOR RELIEF: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AGAINST JETLEV, LLC.

9. Jetlev incorporates its responses as set forth in the preceding paragraphs.

10. Deny.

11. Admit.

12. Admit.

13. Deny.

14. Deny.

15. Deny.

16. Admit that Counter-Plaintiff Flyboard requests a declaration that its products do not infringe and/or that they are otherwise entitled to continue manufacturing and selling their products, otherwise deny.

## SECOND CLAIM FOR RELIEF: DECLARATORY JUDGMENT OF INVALIDITY BASED ON OBVIOUSNESS

In the Joint Pretrial Stipulation filed February 22, 2013 [DE 142], defendant Flyboard, Inc. withdrew its second counterclaim for relief for a declaratory judgment of invalidity [DE 142 at p. 2, 6, and 9]. Accordingly, Paragraphs 17-64 of Flyboard's Second Amended Counterclaims are not answered herein.

## AFFIRMATIVE DEFENSES

Jetlev reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States and any other defenses, at law or in equity, that may now exist or in the future be available based on any further factual investigation or discovery in this case.

Date: March 4, 2013

Respectfully submitted,

By:  s/ Nicholas R. Lewis
Nicholas R. Lewis, Esq.
nlewis@jetlev.com
Florida Bar No. 16146
JETLEV, LLC
1111 Old Griffin Rd.
Dania Beach, Florida 33004
(954) 790-6647 (Telephone)

Alan M. Weisberg, Esq.
aweisberg@cwiplaw.com
Florida Bar No. 479349
Garrett Ari Barten, Esq.
gbarten@cwiplaw.com

                                        Florida Bar No. 55371
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
(954) 828-1488 (Telephone)
(954) 828-9122 (Facsimile)
*Attorneys for Plaintiffs*
*Raymond Li & Jetlev, LLC*

**CERTIFICATE OF SERVICE**

     I CERTIFY that on this 4th day of March, 2013, I electronically filed the foregoing Plaintiffs' Answer with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By:    s/ Nicholas R. Lewis
                                                           Nicholas R. Lewis, Esq.

Service List
*CASE NO.: 12-61323-CV-Middlebrooks/Brannon*

David C. LaValle, Esq.
ZIPRIS LAVALLE, P.A.
12000 Biscayne Blvd., Suite 401
North Miami, Florida 33181
*Attorneys for Flyboard, Inc.*
*Via CM/ECF*

Alex F. Arreaza, Esq.
320 W. Oakland Pk. Blvd.
Fort Lauderdale, FL 33311
*Attorneys for Marathon Florida Keys Kiteboarding, L.L.C.*
*Via CM/ECF*

Mr. Blake Avant
Emerald Coast Flyboard
7884 Lola Circle
Navarre, FL 32566
*Via email to* blakeavant@gmail.com *and U.S. Mail*

Richard A. Morgan, Esq.
Philip L. Hirschhorn, Esq.
Rachel Elsby, Ph.D., Esq.
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10401
*Attorneys for Franky Zapata & PWC Products*
*Via CM/ECF*